UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6: 10-bk-00578

SHERWOOD FARMS, INC.,  CHAPTER 11

            Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

SHERWOOD FARMS, INC ("SFI" or "Debtor"), as a debtor-in-possession, hereby files its Summary of Case, and states as follows:

1. On January 15, 2010 ("Petition Date"), the Debtor filed its petition for reorganization under Chapter 11 of the Bankruptcy Code (the "Code"); no trustee has been appointed. The Debtor continues to operate its business as a debtor-in-possession under Sections 1101 and 1108 of the Code (Doc. No. 1).

2. On this same day, Sherwood Investments Overseas Limited, Inc., which is the sole owner of SFI, also filed its petition for reorganization under Chapter 11 of the Code in the case styled, *In re Sherwood Investments Overseas Limited, Inc.*, Case No. 6:10-bk-00584.

### Description of the Debtor's Business

3. The Debtor's predecessor company, American Mercantile Corporation, was established in 1998. In 2005, the name was changed to Sherwood Farms, Inc. The Debtor was established for the purpose of cultivating and selling orchids to wholesalers and flea markets.

## Location of Debtor's Operations

4. The Debtors' corporate offices, greenhouses and warehouse sit upon 238 acres of land located at 13613 Honeycomb Road, Groveland, Florida.

## Events Leading to Chapter 11 Filing

5. The Debtor is wholly-owned by Sherwood Investments Overseas, Lmt. ("SIO"), a British Virgin Islands corporation in the business of managing investments.

6. In 2005, SIO acquired SFI as its wholly-owned subsidiary. SIO supplied operating capital to SFI. However, from late 2008 through 2009, SOI suffered significant losses due to breaches of contract and negligent misrepresentations suffered by SIO at the hands of ABN AMRO Bank.[1] The products purchased from ABN were worth millions of dollars when ABN abruptly cut off communication and liquidated SIO's account. A call to resolve this issue ensued and SIO agreed to forward additional funds to ABN in exchange for a restoration of all the positions and a return to normal for the trading relationship. SIO forwarded the monies to ABN, but neither the relationship nor the positions have been restored.

7. Due to ABN's breaches of the investment contract between ABN and SIO during the midst of the financial crisis in 2008 through 2009, SIO's investments were mismanaged and improperly liquidated and the value of SIO's financial portfolio held with ABN fell from over eighteen million dollars to zero.

8. The actions of ABN caused the immediate withdrawal of third-party funds being managed by SIO and the inability of SIO to financially support SFI.

---

[1] ABN AMRO Bank was subsequently acquired by the Royal Scotland Bank, Santander, and the Dutch government. However, in this Motion, it will be referred to as "ABN."

9. In addition, the general deterioration in the U.S. economy has caused a decline in overall consumer spending and, thus, a reduction in sales for the Debtor. Furthermore, due to the recent freezing weather, the Debtor's sales came to a virtual halt, while heating costs have soared from an average of $16,000.00 monthly to $16,000.00 weekly, for the last several weeks.

10. In consideration of the issues described above, the Debtor decided that reorganizing under Chapter 11 was in the best interest of all parties.

### Employees and Wages Owed as of Petition Date

11. As of the Petition Date, the Debtor employs approximately thirty employees who perform various jobs at the Debtor's greenhouses. The Debtor is seeking authorization to pay compensation totaling $26,435.31 to cover payroll and benefits costs for the pay period commencing January 6, 2010 and ending January 12, 2010, which is scheduled to be paid on January 22, 2010. The Debtor is also seeking authorization to pay compensation totaling $7,552.94 to cover payroll costs for the pay period commencing January 13, 2010 through the Petition Date.

### Liabilities of Debtor

12. As of the Petition Date, Old Southern Bank claims a first priority security interest in the Debtor's real property located at 13613 Honeycomb Road, Groveland, Florida (the "Real Property") and cash collateral in the approximate amount of $5,000,000.00, comprised in whole or in part of funds on hand and funds to be received from the Debtor's collection of accounts receivable, liquidation of inventory, and ongoing operation of the business (the "Cash Collateral"). Pentagon Capital Management, PLC ("Pentagon") claims a second priority security interest in the Debtor's Real Property and Cash Collateral and is owed approximately

$2,000,000.00. Finally, SIO has a third priority security interest in the Debtor's Real Property and is owed approximately $4,800,000.00.

13. Neither of the security interests has yet been foreclosed, although the payments to both mortgage holders are in default.

14. As of the Petition Date, the Debtor also has several unsecured priority claims consisting largely of tax obligations of an unknown amount and an additional $1,231,279.77 in unsecured non-priority claims owed to other trade creditors.

### Assets of Debtor

15. SFI owns approximately 238 acres of land in Groveland, Florida. This property consists of approximately 150 acres of usable land and features 16 acres of greenhouses. The land also includes a small office facility along with some warehouse storage area.

16. Within the greenhouses, SFI has approximately 800,000 orchids. Additionally, SFI has several older model vehicles, including three refrigerated 21 foot trucks, 1 smaller non-refrigerated truck, a dump truck and two company vans.

17. Over the years, SFI has also developed a customer list and significant orchid growing expertise. SFI specializes in growing the "Dendrobium" variety of orchids and is one of the largest growers of this variety in the U.S.

18. Although the Debtor is uncertain as to the current market value of its assets, an appraisal conducted in 2007 valued the facility and inventory at approximately $12,000,000.00.

### Anticipated Emergency Relief to be Requested within 14 Days of Petition Date

19. The Debtors anticipate filing a Motion for a Debtor in Possession Loan, as it has received a firm commitment for a Debtor in Possession Loan for Three Hundred Fifty Thousand Dollars ($350,000.00) from Pentagon Apollo, Ltd.

20. The Debtors also anticipate filing a Motion for Authority to Pay Pre-Petition Wages, Salaries and Benefits and a Motion for Authority to Use Cash Collateral.

**RESPECTFULLY SUBMITTED** this 19th day of January 2010.

/s/R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
Mariane L. Dorris
Florida Bar. No. 173665
Victoria I. Minks
Florida Bar No. 0064388
rshuker@lseblaw.com
mdorris@lseblaw.com
vminks@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Ave., Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:  CASE NO. 6:10-bk-00578

**SHERWOOD FARMS, INC.,**  CHAPTER 11

          Debtor.
_____/

## Certificate of Service

**I HEREBY CERTIFY** that a true copy of the **SUMMARY OF CASE** has been furnished either electronically, by facsimile and/or by U.S. First Class, postage prepaid mail to: Sherwood Farms, Inc., c/o Julian Benscher, 13613 Honeycomb Rd., Groveland, FL 34736; Old Southern Bank, 250 N. Orange Ave., Orlando, FL 32801; Pentagon Capital Mgmt PLC, 25/26 Albemarle St., London, England W1S 8HK UK; Pentagon Apollo, Ltd., c/o Harneys Corporate Services Limited, Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, British Virgin Islands; Andrew M. Brumby, Esq., a/f Pentagon Apollo, Ltd., P.O. Box 4956, Orlando, Florida 32802-4956; the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801; the secured creditors and the 20 largest unsecured creditors as shown on the matrix attached to the original motion filed with the Court, this 19th day of January 2010.

                                              /s/ R. Scott Shuker, Esq.
                                              R. Scott Shuker, Esquire

| | Amerigas<br>PO Box 105018<br>Atlanta, GA 30348 | BWI<br>PO Box 1328<br>Plymouth, FL 32768 |
|---|---|---|
| Bank of America<br>7682 Dr. Phillips Blvd.<br>Orlando, FL 32819 | Best Plant Nursery<br>1757 Plymouth Sorrento Rd<br>Apopka, FL 32704 | Ceramo Company<br>PO Drawer 485<br>Jackson, MO 63755 |
| Chase Credit Card<br>PO Box 15153<br>Wilmington, DE 19886 | Floralife<br>751 Thunderbolt Drive<br>Walterboro, SC 29488 | IC Industries<br>PO Box 919271<br>Orlando, FL 32891 |
| Industrial Battery<br>& Charger<br>PO Box 602104<br>Charlotte, NC 28260 | John Henry Company<br>75 Remittance Drive-3111<br>Chicago, IL 60675 | Label It<br>10100 NW 116th Way<br>Miami, FL 33178 |
| Packaging Corp of America<br>3785 Bryn Mawr Street<br>Orlando, FL 32808 | ProSource One<br>2601 W Orange Bl Trail<br>Apopka, FL 32712 | |