**[6LTR01C]** [Forms required to accompany Chapter 11]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION
135 W. Central Blvd., Suite 950
Orlando, FL 32801

January 19, 2010

Raymond Waguespack
Deputy−in−Charge

TO: ATTORNEY FOR DEBTOR(S) OR DEBTOR(S) IF PRO SE

FROM: Karla Miller

RE: Sherwood Farms, Inc.

CASE NO. 6:10−bk−00578−KSJ

*Your Chapter 11 petition did not include or was not accompanied with the following items:

☐ Exhibit A – Corporate cases only (Must be filed immediately)

☐ Social Security Number: Pursuant to Fed. R. Bankr. P. 1007(f), the debtor has failed to file a verified statement of social security number.

☐ Tax Identification Number: Debtor failed to provide the complete Tax Identification Number of the debtor.

☐ List of Twenty Largest Unsecured Creditors (Must be filed immediately pursuant to Fed R. Bankr. P. 1007(d))

☐ A corporate ownership statement was not filed pursuant to Fed. R. Bankr. P. 1007 (a)(1) and Fed. R. Bankr. P. 7007.1

☑ Schedules A, B, C, D, E, F, G, H, I & J (within 14 days of filing of petition)

☑ Declaration Under Penalty of Perjury Concerning Debtor's Schedules

☑ Statement of Financial Affairs (within 15 days of filing petition)

☑ Disclosure of Compensation

☐ Case Summary− Including type of business, names of largest secured creditors, brief reason for reorganization (Pursuant to Administrative Order ORL−2005−1)

☑ Application and Proposed Order to Retain an Attorney and Affidavit

** PLEASE FILE AN ORIGINAL WITH THE COURT. **

When completed, return to:    United States Bankruptcy Court
                              135 West Central Boulevard, Suite 950
                              Orlando, Florida 32801