UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

SHERWOOD FARMS, INC.,           CASE NO.: 6:10-bk-00578
                                                   CHAPTER 11
    Debtor.
_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR CREDITOR OLD SOUTHERN BANK
AND REQUEST FOR NOTICES PURSUANT TO RULE 2002, F.R.B.C.**

Grey Squires-Binford, Esquire hereby gives notice of her appearance as counsel in this case on behalf of Creditor, OLD SOUTHERN BANK, and further requests that all Notices pursuant to *Rule 2002, Federal Rule of Bankruptcy Procedure*, are sent to her attention at the following address:

Grey Squires-Binford
Attorney for Creditor, OLD SOUTHERN BANK
KILLGORE, PEARLMAN, STAMP, ORNSTEIN & SQUIRES, P.A.
Post Office Box 1913
Orlando, Florida 32802-1913

I certify that a copy hereof has been furnished electronically this 20th day of January, 2010 to United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801, and Mariane L. Dorris, Esq., Attorney for Debtor-in-Possession, 390 N. Orange Avenue, Suite 600, P. O. Box 3353, Orlando, FL 32801.

Respectfully Submitted,

**/s/ Grey Squires-Binford**
Florida Bar No: 0749151
Killgore, Pearlman, Stamp,
Ornstein & Squires, P.A.
Post Office Box 1913
Orlando, Florida 32802-1913
(407) 425-1020 (T)/(407) 839-3635 (F)
gsquires@kpsos.com
Attorneys for Old Southern Bank