**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                                     CASE NO. 6:10-bk-00578-KSJ

**SHERWOOD FARMS, INC.,**                                        CHAPTER 11

          Debtor.
_____/

**NOTICE OF EMERGENCY HEARING**

**PLEASE TAKE NOTICE** that an emergency hearing has been set before the Honorable Karen S. Jennemann, United States Bankruptcy Judge, on the **Tuesday, the 26th day of January 2010 at 2:00 p.m.**, at the United States Bankruptcy Court, 135 West Central Boulevard, 5th Floor, Courtroom B, Orlando, Florida 32801,

**DEBTOR-IN-POSSESSION'S EMERGENCY MOTION FOR
AUTHORITY TO USE CASH COLLATERAL, GRANT
REPLACEMENT LIENS, AND REQUEST FOR EMERGENCY
PRELIMINARY HEARING AND CERTIFICATE OF NECESSITY OF
REQUEST FOR EMERGENCY PRELIMINARY HEARING**
[Doc. No. 6]

and

**EMERGENCY MOTION OF DEBTOR SEEKING ORDER: (A) AUTHORIZING THE
DEBTOR TO OBTAIN POST PETITION FINANCING FROM THE DIP LENDER ON
AN INTERIM BASIS PURSUANT TO SECTIONS 105 AND 364 OF THE
BANKRUPTCY CODE; (B) PROVIDING LIENS, SECURITY INTERESTS AND
SUPERPRIORITY CLAIMS TO THE DIP LENDER; AND (C) APPROVING THE
FORM AND METHOD OF NOTICE THEREOF AND REQUEST
FOR EMERGENCY PRELIMINARY HEARING AND CERTIFICATE OF NECESSITY
OF REQUEST FOR EMERGENCY PRELIMINARY HEARING**
[Doc. No. 12]

and transact such other business as may properly come before the meeting.

All exhibits must be premarked and listed in accordance with Local Rule 9070-1.

Appropriate Attire: You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:10-bk-00578-KSJ

**SHERWOOD FARMS, INC.,**                           CHAPTER 11

        Debtor.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished by either facsimile, electronic transmission and/or U.S. First Class mail, postage prepaid, to: Sherwood Farms, Inc., c/o Julian Benscher, 13613 Honeycomb Rd., Groveland, FL 34736; Old Southern Bank, 250 N. Orange Ave., Orlando, FL 32801; Pentagon Apollo, Ltd., c/o Harneys Corporate Services Limited, Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, British Virgin Islands; Andrew M. Brumby, Esq., a/f Pentagon Apollo, Ltd., P.O. Box 4956, Orlando, Florida 32802-4956; Pentagon Capital Mgmt PLC, 25/26 Albemarle St., London, England W1S 8HK UK; Grey Squires-Binford, a/f Old Southern Bank, P.O. Box 1913, Orlando, FL 32802-1913; the 1007-2 Parties-in-Interest list as shown on the matrix attached to the original of this notice filed with the court; and to the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 20th day of January 2010.

        /s/ R. Scott Shuker, Esq.
        R. Scott Shuker, Esq.
        Florida Bar No. 0984469
        rshuker@lseblaw.com
        **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
        390 N. Orange Avenue, Suite 600
        Orlando, Florida 32802-3353
        Telephone: 407-481-5800
        Facsimile: 407-481-5801
        Attorneys for Debtor

```
Label Matrix for local noticing          AK Nursery Inc                              Amerigas
113A-6                                   2454 W Kelly Park                           PO Box 105018
Case 6:10-bk-00578-KSJ                   Apopka, FL 32712-5129                       Atlanta, GA 30348-5018
Middle District of Florida
Orlando
Wed Jan 20 15:11:28 EST 2010

BWI                                      Bank of America                             Best Plant Nursery
PO Box 1328                              7682 Dr. Phillips Blvd.                     1757 Plymouth Sorrento Rd
Plymouth, FL 32768-1328                  Orlando, FL 32819-5152                      Apopka, FL 32712-5804


Ceramo Company                           Chase Credit Card                           Mariane L Dorris
PO Drawer 485                            PO Box 15153                                Latham Shuker Eden & Beaudine LLP
Jackson, MO 63755-0485                   Wilmington, DE 19886-5153                   390 North Orange Avenue
                                                                                     Suite 600
                                                                                     Orlando, FL 32801-1684


Floralife                                Grey Squires-Binford                        IC Industries
751 Thunderbolt Drive                    Attorney for Creditor, OLD SOUTHERN BANK    PO Box 919271
Walterboro, SC 29488-9332                KILLGORE, PEARLMAN, STAMP, ORNSTEIN & SQ    Orlando, FL 32891-9271
                                         Post Office Box 1913
                                         Orlando, Florida  32802-1913


Industrial Battery & Charger             John Henry Company                          Label It
PO Box 602104                            75 Remittance Drive-3111                    10100 NW 116th Way
Charlotte, NC 28260-2104                 Chicago, IL 60675-3111                      Miami, FL 33178-1154


Packaging Corp of America                ProSource One                               R Scott Shuker
3785 Bryn Mawr Street                    2601 W Orange Bl Trail                      Latham Shuker Eden & Beaudine LLP
Orlando, FL 32808-4605                   Apopka, FL 32712                            Post Office Box 3353
                                                                                     Orlando, FL 32802-3353


Grey Squires-Binford                     United States Trustee - ORL                 Wholesale Plant Industry
Killgore Pearlman Stamp Ornstein&Squires 135 W. Central Blvd., Suite 620             PO Box 1461
Post Office Box 1913                     Orlando, FL 32801-2440                      Sorrento, FL 32776-1461
Orlando, FL 32802-1913


End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20
```