UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:10-bk-00578-KSJ

SHERWOOD FARMS, INC.,  CHAPTER 11

Debtor.
_____/

AMENDMENT TO ADD AND/OR REMOVE CREDITORS
FROM THE ALL CREDITOR MATRIX AND THE LIST OF
CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

SHERWOOD FARMS, INC. ("Debtor"), files this Amendment to its Creditor Matrix and its list of Creditors Holding 20 Largest Unsecured Claims:

**Creditor Matrix**

Amended to remove creditors as shown below:

A.K. Nursery                Wholesale Plant Industry
2454 W. Kelly Park          P.O. Box 1461
Apopka, FL  32712           Sorrento, FL  32776

Amended to add creditor as shown below:

Pentagon Apollo
c/o Harneys Corporate Services Ltd.
Craigmuir Chambers
P.O. Box 71
Road Town, Tortola BVI

**List of Creditors Holding 20 Largest Unsecured Claims**

Amended to remove the creditors shown below:

A.K. Nursery                Wholesale Plant Industry
2454 W. Kelly Park          P.O. Box 1461
Apopka, FL  32712           Sorrento, FL  32776

Under penalty of perjury, I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 17th day of January 2010.

_____
Julian Benscher, President

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:10-bk-00578-KSJ

SHERWOOD FARMS, INC.,  CHAPTER 11

Debtor.
_____/

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing **AMENDMENT TO ADD AND/OR REMOVE CREDITORS FROM THE ALL CREDITOR MATRIX AND THE LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** has been furnished by United States first-class mail, postage prepaid, to: Sherwood Farms, Inc., c/o Julian Benscher, 13613 Honeycomb Rd., Groveland, FL 34736; Old Southern Bank, 250 N. Orange Ave., Orlando, FL 32801; Pentagon Apollo, Ltd., c/o Harneys Corporate Services Limited, Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, British Virgin Islands; Andrew M. Brumby, Esq., a/f Pentagon Apollo, Ltd., P.O. Box 4956, Orlando, Florida 32802-4956; Pentagon Capital Mgmt Plc, 25/26 Albemarle St., London, England, W1S 4HK UK; and the 20 Largest Creditors and Parties-in-Interest list, as shown on the service list attached to the original of this amendment filed with the Court; all additional creditors identified on the matrix attached to the original amendment filed with the Court; and upon the Office of the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 20th day of January 2010.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3352)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for Debtor

```
Label Matrix for local noticing          AK Nursery Inc                            Amerigas
113A-6                                   2454 W Kelly Park                         PO Box 105018
Case 6:10-bk-00578-KSJ                   Apopka, FL 32712-5129                     Atlanta, GA 30348-5018
Middle District of Florida
Orlando
Wed Jan 20 15:11:28 EST 2010

BWI                                      Bank of America                           Best Plant Nursery
PO Box 1328                              7682 Dr. Phillips Blvd.                   1757 Plymouth Sorrento Rd
Plymouth, FL 32768-1328                  Orlando, FL 32819-5152                    Apopka, FL 32712-5804


Ceramo Company                           Chase Credit Card                         Mariane L Dorris
PO Drawer 485                            PO Box 15153                              Latham Shuker Eden & Beaudine LLP
Jackson, MO 63755-0485                   Wilmington, DE 19886-5153                 390 North Orange Avenue
                                                                                   Suite 600
                                                                                   Orlando, FL 32801-1684


Floralife                                Grey Squires-Binford                      IC Industries
751 Thunderbolt Drive                    Attorney for Creditor, OLD SOUTHERN BANK  PO Box 919271
Walterboro, SC 29488-9332                KILLGORE, PEARLMAN, STAMP, ORNSTEIN & SQ  Orlando, FL 32891-9271
                                         Post Office Box 1913
                                         Orlando, Florida  32802-1913


Industrial Battery & Charger             John Henry Company                        Label It
PO Box 602104                            75 Remittance Drive-3111                  10100 NW 116th Way
Charlotte, NC 28260-2104                 Chicago, IL 60675-3111                    Miami, FL 33178-1154


Packaging Corp of America                ProSource One                             R Scott Shuker
3785 Bryn Mawr Street                    2601 W Orange Bl Trail                    Latham Shuker Eden & Beaudine LLP
Orlando, FL 32808-4605                   Apopka, FL 32712                          Post Office Box 3353
                                                                                   Orlando, FL 32802-3353


Grey Squires-Binford                     United States Trustee - ORL               Wholesale Plant Industry
Killgore Pearlman Stamp Ornstein&Squires 135 W. Central Blvd., Suite 620           PO Box 1461
Post Office Box 1913                     Orlando, FL 32801-2440                    Sorrento, FL 32776-1461
Orlando, FL 32802-1913


End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20
```