

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Tuesday
January 26, 2010

HONORABLE KAREN S. JENNEMANN          COURTROOM B

CASE NUMBER: 10-00578-6J1    FILING DATE: 01/15/2010 (BAPCPA)    HEARING TIME: 02:00 P.M.

DEBTOR: SHERWOOD FARMS, INC.

Debtor Atty: MARIANE L DORRIS
Trustee: UNITED STATES TRUSTEE - ORL

HEARING:

"INITIAL STATUS CONFERENCE"

1) EMERGENCY MOTION BY DEBTOR FOR AUTHORITY TO PAY PREPETITION WAGES, SALARIES, AND BENEFITS (DOC #5)

2) EMERGENCY MOTION BY DEBTOR FOR AUTHORITY TO USE CASH COLLATERAL, GRANT PRELACEMENT LIENS (DOC #6)

3) EMERGENCY MOTION BY DEBTOR SEEKING ORDER (A) AUTHORIZING DEBTOR TO OBTAIN POST PETITION FINANCING FROM THE DIP LENDER ON INTERIM BASIS; (B) PROVIDING LIENS, SECURITY INTERESTS AND SUPERPRIORITY CLAIMS TO THE DIP LENDER; AND (C) APPROVING THE FORM AND METHOD OF NOTICE (DOC #12)

APPEARANCES:

SCOTT SHUKER: D;OR ATTY
JULIAN BENSCHER
MIRIAM SUAREZ: UST
DAMIAN PROSSER: PENTAGON APOLLO

RULING:

1) GRANTED ON A PRELIMINARY BASIS PENDING FURTHER HEARING SCHEDULED 2/10/10 AT 10:15 A.M.: ORDER BY SHUKER

2) GRANTED ON A PRELIMINARY BASIS PENDING FURTHER HEARING ON 2/10/10 AT 10:15 A.M.: ORDER BY SHUKER

3) CON'T TO 2/10/10 AT 10:15 AM (AOCNFNG)