UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:10-bk-00578-KSJ

SHERWOOD FARMS, INC.,                               CHAPTER 11

Debtor.
_____/

DEBTOR'S MOTION FOR AN EXTENSION OF TIME TO FILE
SUMMARY OF SCHEDULES, SCHEDULES OF ASSETS AND
LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND
UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS

SHERWOOD FARMS, INC. ("Debtor"), files this motion, pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an extension of time to file its summary of schedules, schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (the "Motion"), and respectfully represent as follows:

1.      On January 15, 2010 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"). The Debtor continues to operate its business as debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2.      No creditors' committee has yet been appointed in this case by the Office of the United States Trustee.

1

### Description of the Debtor's Business

3. The Debtor's predecessor company, American Mercantile Corporation, was established in 1998. In 2005, the name was changed to Sherwood Farms, Inc. The Debtor was established for the purpose of cultivating and selling orchids to wholesalers and flea markets

### Jurisdiction

4. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Relief Requested

5. By this Motion, the Debtor seeks an extension of the period in which to complete and file its summary of schedules, schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "Schedules and Statements"), as required by § 521 of the Bankruptcy Code, FRBP 1007 and Local Rule 1007.1. Specifically, the Debtor requests that such period be extended to February 8, 2010, a date twenty-four (24) days from the Petition Date, without prejudice to the Debtor's right to seek an additional extension upon cause. Such time period represents an extension of ten (10) days beyond the initial fourteen (14) days allowed under FRBP 1007(c) and a date fourteen (14) calendar days prior to the first meeting of creditors.

### Basis for Relief

6. On the Petition Date, the Debtor attached to each of its voluntary petitions, a list of creditors holding the twenty largest unsecured claims, excluding insiders, against the Debtor's estates, which includes the estimated amounts that each such creditor is owed and the basis for each claim.

7. Due to the substantial scope and complexity of this case and the material that must be compiled and reviewed by the Debtor to complete the Schedules and Statements during the hectic early days of this chapter 11 case, the Debtor anticipates being unable to complete its Schedules and Statements within the time provided under Bankruptcy Rule 1007(c).

8. Given the significant burdens already imposed on the Debtor by the commencement of this chapter 11 case, the Debtor requests additional time to complete and file the required Schedules and Statements. The Debtor is diligently working on the assembly of the necessary information. The Debtor hopes that it will be able to file its Schedules and Statements, all in the appropriate formats prescribed by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules, within twenty-four (24) days after the Petition Date.

9. While the Debtor believes that the requested extension will provide sufficient time to permit the Debtor to complete and file the Schedules and Statements, the Debtor reserves the right to seek additional extensions on appropriate notice and motion to the Court.

10. FRBP 1007(c) provides for the extension, for cause, of the time for the filing of the Schedules and Statements. In view of the complexity of the Debtor's chapter 11 case, and the amount of information that must be assembled and compiled, ample cause exists for the requested extension.

11. Courts have granted similar relief to that requested herein in a number of cases. See, e.g., *In re Three A's Holdings, Corp.*, Case No. 06-10886 (BLS) (Bankr. D. Del. Sept. 14, 2006) (granting debtors an additional 60 days, for a total of 90 days from the petition date, for filing their schedules and statements); *In re Kaiser Aluminum Corp.*, Case No. 0210429 (JKF) (Bankr. D. Del. Mar. 5, 2002) (same).

## Notice

12. Notice of this Motion has been provided to the Office of the United States Trustee for the Middle District of Florida, to all secured creditors, the twenty largest unsecured creditors; and all parties requesting notices, pursuant to FRBP 2002 and Local Rule 2002-1. The Debtor submits that no other or further notice need be provided.

13. No previous motion for the relief sought herein has been made to this or any other court.

14. The additional time requested will extend the due date for the Schedules and Statement of Financial Affairs to February 8, 2010, a date fourteen (14) calendar days prior to the first meeting of creditors.

**WHEREFORE**, Sherwood Farms, Inc., respectfully requests this Court enter an Order extending the time for filing the Schedules and Statement of Financial Affairs to February 8, 2010, a date twenty-four (24) days from the filing of the Petition, and for such other and further relief as the Court deems just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 29th day of January 2010.

/s/ R. Scott Shuker
R. Scott Shuker, Esquire
Florida Bar No. 984469
rshuker@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:   CASE NO. 6:10-bk-00578-KSJ

SHERWOOD FARMS, INC.,   CHAPTER 11

Debtor.
_____/

## Certificate of Service

I HEREBY CERTIFY that a true copy of the **DEBTOR'S MOTION FOR AN EXTENSION OF TIME TO FILE SUMMARY OF SCHEDULES, SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS**, together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Sherwood Farms, Inc., c/o Julian Benscher, 13613 Honeycomb Rd., Groveland, FL 34736; Old Southern Bank, 250 N. Orange Ave., Orlando, FL 32801; Grey Squires-Binford, a/f Old Southern Bank, P.O. Box 1913, Orlando, FL 32802-1913; Pentagon Capital Mgmt PLC, 25/26 Albemarle St., London, England W1S 8HK UK; Pentagon Apollo, Ltd., c/o Harneys Corporate Services Limited, Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, British Virgin Islands; Andrew M. Brumby, Esq., a/f Pentagon Apollo, Ltd., P.O. Box 4956, Orlando, Florida 32802-4956; the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801; the Local Rule 1007-2 Parties-in-interest, as shown on the matrix attached to the original of this motion filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; this 29th day of January 2010.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.

```
Label Matrix for local noticing          AK Nursery Inc                          Amerigas
113A-6                                   2454 W Kelly Park                       PO Box 105018
Case 6:10-bk-00578-KSJ                   Apopka, FL 32712-5129                   Atlanta, GA 30348-5018
Middle District of Florida
Orlando
Fri Jan 29 10:47:01 EST 2010

BWI                                      Bank of America                         Best Plant Nursery
PO Box 1328                              7682 Dr. Phillips Blvd.                 1757 Plymouth Sorrento Rd
Plymouth, FL 32768-1328                  Orlando, FL 32819-5152                  Apopka, FL 32712-5804


Ceramo Company                           Chase Credit Card                       Floralife
PO Drawer 485                            PO Box 15153                            751 Thunderbolt Drive
Jackson, MO 63755-0485                   Wilmington, DE 19886-5153               Walterboro, SC 29488-9332


Grey Squires-Binford                     IC Industries                           Industrial Battery & Charger
Attorney for Creditor, OLD SOUTHERN BANK PO Box 919271                           PO Box 602104
KILLGORE, PEARLMAN, STAMP, ORNSTEIN & SQ Orlando, FL 32891-9271                  Charlotte, NC 28260-2104
Post Office Box 1913
Orlando, Florida  32802-1913


John Henry Company                       Label It                                Old Southern Bank
75 Remittance Drive-3111                 10100 NW 116th Way                      250 N Orange Ave
Chicago, IL 60675-3111                   Miami, FL 33178-1154                    Orlando, FL 32801-1819


Packaging Corp of America                Pentagon Apollo, Ltd.                   ProSource One
3785 Bryn Mawr Street                    c/o Andrew M. Brumby, Esq.              2601 W Orange Bl Trail
Orlando, FL 32808-4605                   Shutts & Bowen LLP                      Apopka, FL 32712
                                         300 S. Orange Avenue, Suite 1000
                                         Orlando, FL 32801-5403


Sherwood Farms, Inc.                     United States Trustee - ORL             Wholesale Plant Industry
13613 Honeycomb Road                     135 W. Central Blvd., Suite 620         PO Box 1461
Groveland, FL 34736-9370                 Orlando, FL 32801-2440                  Sorrento, FL 32776-1461



End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20
```