UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:10-bk-00578-KSJ

**SHERWOOD FARMS, INC.,**                           CHAPTER 11

    **Debtor.**
_____/

ORDER GRANTING DEBTOR'S MOTION FOR AN EXTENSION OF
TIME TO FILE SUMMARY OF SCHEDULES, SCHEDULES OF ASSETS AND
LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND
UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS

  **THIS CASE** came on for consideration on the motion of **SHERWOOD FARMS, INC.**, (the "Debtor"), for an extension of time to file its summary of schedules, schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs ("Motion") filed January 29, 2010 (Doc No. 28). Upon consideration of the Motion, it is

  **ORDERED**, that the time for the Debtor to file its Schedules and Statements of Financial Affairs be and the same is hereby extended to Monday, February 8, 2010.

  DONE and ORDERED in Orlando, Florida, this 29th day of January, 2010

                       **KAREN S. JENNEMANN**
                       United States Bankruptcy Judge

Copies to:

Debtor: Sherwood Farms, Inc., c/o Julian Benscher, 13613 Honeycomb Rd., Groveland, FL 34736;

Debtor's Counsel:  R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine, LLP, P. O. Box 3353, Orlando, Florida 32802-3353;

Old Southern Bank, 250 N. Orange Ave., Orlando, FL 32801;

Grey Squires-Binford, a/f Old Southern Bank, P.O. Box 1913, Orlando, FL 32802-1913;

Pentagon Capital Mgmt PLC, 25/26 Albemarle St., London, England W1S 8HK UK;

Pentagon Apollo, Ltd., c/o Harneys Corporate Services Limited, Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, British Virgin Islands;

Andrew M. Brumby, Esq., a/f Pentagon Apollo, Ltd., P.O. Box 4956, Orlando, Florida 32802-4956

Office of the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801; and

Local Rule 1007-2 parties-in-interest