UNITED STATES BANKRUPTCY COURT
Middle DISTRICT OF Florida
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | 6:10-bk-00578-KSJ_ |
| Sherwood Farms, Inc. | } | |
| | } | JUDGE   KAREN S. JENNEMANN_ |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

### DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM  Feb 01   TO   Feb 28, 2010

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

  13613 Honeycomb Road_____

  Groveland, FL  34736_____

  352-429-2101_____

_____

Attorney's Address
and Phone Number:

  R. Scott Shuker_____

  Latham Shuker Eden & Beaudine LLP_____

  PO Box 3353_____

  Orlando, FL  32802_____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm.
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING   Feb 01   AND ENDING   Feb 28, 2010

Name of Debtor:  Sherwood Farms, Inc.          Case Number   6:10-bk-00578-KSJ
Date of Petition:  1-15-2010

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 19,344.02 (a) | 52,564.20 (b) |
| 2. RECEIPTS: | | |
|    A. Cash Sales | 5,272.06 | 7,124.06 |
|    Minus:  Cash Refunds | (-) 0.00 | 0.00 |
|    Net Cash Sales | 5,272.06 | 7,124.06 |
|    B. Accounts Receivable | 54,059.00 | 67,298.50 |
|    C. Other Receipts *(See MOR-3)* | 111,060.09 | 113,007.44 |
|    (If you receive rental income, | | |
|    you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 170,391.15 | 187,430.00 |
| 4. TOTAL FUNDS AVAILABLE FOR | | |
|    OPERATIONS *(Line 1 + Line 3)* | 189,735.17 | 239,994.20 |
| 5. DISBURSEMENTS | | |
|    A. Advertising | | |
|    B. Bank Charges | 266.47 | 286.47 |
|    C. Contract Labor | | |
|    D. Fixed Asset Payments (not incl. in "N") | | 4,708.66 |
|    E. Insurance | | |
|    F. Inventory Payments *(See Attach. 2)* | | |
|    G. Leases | | |
|    H. Manufacturing Supplies | 4,361.00 | 4,361.00 |
|    I. Office Supplies | | |
|    J. Payroll - Net *(See Attachment 4B)* | 73,450.46 | 109,499.86 |
|    K. Professional Fees (Accounting & Legal) | 10,477.75 | 10,477.75 |
|    L. Rent | | |
|    M. Repairs & Maintenance | 596.89 | 596.89 |
|    N. Secured Creditor Payments *(See Attach. 2)* | | |
|    O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
|    P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
|    Q. Taxes Paid - Other *(See Attachment 4C)* | | |
|    R. Telephone | 2,252.50 | 3,470.80 |
|    S. Travel & Entertainment | | |
|    Y. U.S. Trustee Quarterly Fees | | |
|    U. Utilities | 37,369.04 | 43,835.02 |
|    V. Vehicle Expenses | 4,199.92 | 5,996.61 |
|    W. Other Operating Expenses *(See MOR-3)* | | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 132,974.03 | 183,233.06 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 56,761.14 (c) | 56,761.14 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This  15th  day of   March  , 20 10  .                    _____
                                                                                  (Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| UBS Investment Account Closure | -0- | 1,172.70 |
| Mogan Stanley Investment Account Closure | -0- | 551.87 |
| TD Ameritrade Investment Acct Closure | -0- | 222.78 |
| Imperial Builders Supply Refund | 60.09 | 60.09 |
| Pentagon Apollo DIP Loan Draw | 111,000.00 | 111,000.00 |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | 111,060.09 | 113,007.44 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

## NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.

# Sherwood Farms, Inc.

## Profit & Loss
## Feb 01 – 28, 2010

**Ordinary Income/Expense**
**Income**

| | | |
|---|---|---|
| Freight Income | 0.00 | |
| Sales Income | 58,239.90 | |
| Total Income | 58,239.90 | |
| **Gross Profit** | | **$58,239.90** |

**Expense**

| | | |
|---|---|---|
| Bank Service Charges | 266.46 | |
| Bottled Water | 317.83 | |
| Equipment Rental | 909.72 | |
| Payroll Expenses | 73,450.46 | |
| Petty Cash expense | 5,199.92 | |
| Professional Fees | 10,477.75 | |
| Repairs & Maint | 596.89 | |
| Telephone and Fax | 2,252.50 | |
| Working Materials | 1,851.88 | |

**Utilities**

| | | |
|---|---|---|
| Diesel Fuel | 8,273.95 | |
| Electric Service | 2,495.36 | |
| Natural Gas | 26,599.73 | |
| Total Utilities | | 37,369.04 |

| | |
|---|---|
| **Total Expense** | **132,692.45** |

| | |
|---|---|
| **Net Ordinary Income** | **-$74,452.55** |

**Other Receipts/Expense**

| | |
|---|---|
| Other Receipts | 111,060.09 |
| Total Other Receipts | 111,060.09 |
| Net Other Receipts | 111,060.09 |

| | |
|---|---|
| **Net Cash Flow** | **$36,607.54** |

# ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: __Sherwood Farms, Inc.__    Case Number: __6:10-bk-00578-KSJ__

Reporting Period beginning __Feb 01__    Period ending __Feb 28, 2010__

ACCOUNTS RECEIVABLE AT PETITION DATE: ___13,385.00___

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 30,018.26 | (a) |
| PLUS: Current Month New Billings | 52,967.84 | |
| MINUS: Collection During the Month | $ 54,059.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ 0.00 | * |
| End of Month Balance | $ 28,927.10 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____


### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $28,927.10 | $ | $ | $ | $28,927.10 (c) |


For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

# MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: _Sherwood Farms, Inc._     Case Number: _6:10-bk-00578-KSJ_

Reporting Period beginning _Feb 01_     Period ending _Feb 28, 2010_

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

## POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 2-28-10 | 1 | Waste Mgmnt | Dumpster Rental and Removal | 183.51 |
| 2-28-10 | 1 | Outhouse Rental | Portable Toilet Rental & Service | 272.85 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL AMOUNT | | | | 456.36 |

(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

---

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 4,001.97 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 50,230.00 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ 53,775.61 | |
| PLUS/MINUS: Adjustments | $ 0.00 | * |
| | | |
| Ending Month Balance | $ 456.36 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| TOTAL | | | (d) | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

Name of Debtor:  Sherwood Farms, Inc.                    Case Number:  6:10-bk-00578-KSJ

Reporting Period beginning    Feb 01            Period ending   Feb 28th, 2010

## INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $  3,160,000.00 | |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $  3,069,655.00 | (a) |
| PLUS: Inventory Purchased During Month | $       -0- | |
| MINUS: Inventory Used or Sold | $      68,352.00 | |
| PLUS/MINUS: Adjustments or Write-downs | $      0.00 | * |
| Inventory on Hand at End of Month | $      3,001,303.00 | |

METHOD OF COSTING INVENTORY:  Actual Plant Costs plus growing and housing costs.

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| 14% | 55% | 25 % | 6% | = | 100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**   Plants that are too tall, bad foliage, low bud count.

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:  10,375,000.00            (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):  Land, Greenhouses, Trucks, Supplies on Hand, Accounts Receivable.

| | | |
|---|---|---|
| FIXED ASSETS RECONCILIATION: | | |
| Fixed Asset Book Value at Beginning of Month | $ 5,445,000.00 | (a)(b) |
| MINUS:  Depreciation Expense | $  - 54,450.00 | |
| PLUS:  New Purchases | $      -0- | |
| PLUS/MINUS: Adjustments or Write-downs | $      -0- | * |
| Ending Monthly Balance | $ 5,390,550.00 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:  _____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
     balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
     Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  Sherwood Farms, Inc.                Case Number:   6:10-bk-00578-KSJ

Reporting Period beginning    Feb 01          Period ending   Feb 28, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  Bank of America                BRANCH:  Texas

ACCOUNT NAME:  Operating     DIP               ACCOUNT NUMBER:  375 556 4089

PURPOSE OF ACCOUNT:         OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $    41,773.30 | |
| Plus Total Amount of Outstanding Deposits | $   164,382.09 | |
| Minus Total Amount of Outstanding Checks and other debits | $   147,543.45 | * |
| Minus Service Charges | $        62.01 | |
| Ending Balance per Check Register | $    39,021.90 | **(a) |

**\*Debit cards are used by**  NA

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$   91,000.00     Transferred to Payroll Account
$                   Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS 75283-2406

| | |
|---|---|
| Account Number | 3755564089 |
| 01 01 152 01 M0000 E# | 21 |
| Last Statement: | 01/29/2010 |
| This Statement: | 02/26/2010 |

**Customer Service**
1-877-757-8233

SHERWOOD FARMS, INC.
DEBTOR IN POSSESSION 10-00578
OPERATING ACCOUNT
5165 ISLEWORTH COUNTRY CLUB DRIVE
WINDERMERE FL 34786

Page 1 of 4

Bankruptcy Case Number:1000578

## ANALYZED CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 01/30/2010 - 02/26/2010 | | Statement Beginning Balance | 24,996.67 |
| Number of Deposits/Credits | 12 | Amount of Deposits/Credits | 164,382.09 |
| Number of Checks | 21 | Amount of Checks | 69,373.47 |
| Number of Other Debits | 9 | Amount of Other Debits | 78,231.99 |
| | | Statement Ending Balance | 41,773.30 |
| Number of Enclosures | 21 | | |
| | | Service Charge | 62.01 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 02/02 | | 529.00 | FL BANKING CENTER DEPOSIT | 721406750761823 |
| 02/03 | | 7,000.00 | FL BANKING CENTER DEPOSIT | 721406750056489 |
| 02/08 | | 1,270.00 | FL BANKING CENTER DEPOSIT | 721406150184091 |
| 02/09 | | 4,855.00 | FL BANKING CENTER DEPOSIT | 721406150334970 |
| 02/09 | | 56,000.00 | WIRE TYPE:WIRE IN DATE: 100209 TIME:1300 ET TRN:2010020900164678 SEQ:020910653495/287357 ORIG:CACEIS FASTENT IRELAND LI ID:IE86AIBK93006717 SND BK:DEUTSCHE BANK TRUST CO. AMERI ID:0103 PMT DET:PENTAGON APOLLO FIRST DRAWDOWN OUR REF 226 | 00370164678 |
| 02/16 | | 2,755.50 | FL BANKING CENTER DEPOSIT | 721406650521656 |
| 02/18 | | 1,224.00 | FL BANKING CENTER DEPOSIT | 721406650016011 |
| 02/19 | | 21,634.74 | WIRE TYPE:WIRE IN DATE: 100219 TIME:1200 ET TRN:2010021900143170 SEQ:2010021900002429/000341 ORIG:COSTA FARMS LLC ID:010449231 SND BK:BANK OF T HE WEST (CA) ID:121100782 PMT DET:WT10021901891027 VARIOUS INVOICES LESS $20.00 WIRE FEE | 00370143170 |
| 02/22 | | 4,539.98 | FL BANKING CENTER DEPOSIT | 721406550400330 |
| 02/23 | | 9,292.78 | WIRE TYPE:WIRE IN DATE: 100223 TIME:1426 ET TRN:2010022300196813 SEQ:2010022300004263/000822 ORIG:COSTA FARMS LLC ID:010449231 SND BK:BANK OF T HE WEST (CA) ID:121100782 PMT DET:WT10022301894034 MULTIPLE INVOICESWIRE FEE $20 | 00370196813 |
| 02/25 | | 281.09 | FL BANKING CENTER DEPOSIT | 721406950480762 |
| 02/25 | | 55,000.00 | WIRE TYPE:WIRE IN DATE: 100225 TIME:1424 ET TRN:2010022500244174 SEQ:022510724299/375411 ORIG:CACEIS FASTENT IRELAND LI ID:IE86AIBK93006717 SND BK:DEUTSCHE BANK TRUST CO. AMERI ID:0103 PMT DET:PENTAGON APOLLO DRAWDOWN OUR REF 22967 | 00370244174 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| | 1,218.30 | 02/01 | 2692031645 | | 1,703.82 | 02/05 | 6792243405 |
| | 17,900.00 | 02/02 | 6750761828 | | 5,360.79 | 02/05 | 6692601939 |
| | 4,708.66 | 02/04 | 8092199622 | 1001 | 10,599.90 | 02/12 | 6892279044 |

Recycled Paper

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

| | |
|---|---|
| Account Number | 3755564089 |
| 01 01 152 01 M0000 E# | 21 |
| Last Statement: | 01/29/2010 |
| This Statement: | 02/26/2010 |

**Customer Service**
1-877-757-8233

SHERWOOD FARMS, INC.

Page    2 of    4

Bankruptcy Case Number:1000578

# ANALYZED CHECKING

## Withdrawals and Debits

### Checks - Continued

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1002 | 155.15 | 02/16 | 5992047956 | 1011 | 885.94 | 02/17 | 6492561321 |
| 1003 | 2,495.36 | 02/17 | 5750970774 | 1012 | 1,618.28 | 02/19 | 6992709368 |
| 1004 | 106.40 | 02/17 | 9292800720 | 1013 | 5,323.91 | 02/22 | 5992760161 |
| 1005 | 392.20 | 02/19 | 6550148389 | 1014 | 5,315.13 | 02/26 | 5892179799 |
| 1006 | 364.02 | 02/16 | 8892654684 | 1015 | 2,096.15 | 02/26 | 5892779984 |
| 1008* | 596.89 | 02/25 | 1792246683 | 1130* | 217.34 | 02/16 | 9092426311 |
| 1009 | 376.22 | 02/22 | 8192423503 | 1131 | 5,969.25 | 02/16 | 4870645685 |
| 1010 | 1,969.76 | 02/11 | 6692582841 | | | | |

### Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 02/03 | | 62.01 | SUPPLY ORDER FEE | 0982000040 |
| 02/05 | | 553.77 | CenturyLink     DES:Telecom    ID:3524292101001 INDN:SHERWOOD FARMS INC     CO ID:9282505000 CCD | 3500536752 |
| 02/09 | | 4,508.50 | WIRE TYPE:WIRE OUT DATE:100209 TIME:1444 ET TRN:2010020900199209 SERVICE REF:006891 BNF:SHUTTS BOWEN TRUST ACCOUNT ID:189001203030 BNF BK:SUNTRUST BANK ATLANTA ID:061000104 PMT DET: 28855513 CLOSING COSTS REFERENCE FILE C/M 32060-00 | 0037019920 |
| 02/09 | 1000053594 | 18,300.00 | Miscellaneous Debit Adjustment AAS IBT-Debit Acct. Conf Num #1000053594 | 0246000143 |
| 02/16 | | 7.71 | Account Analysis Fee ANALYSIS CHARGE JANUARY BILLING FOR DETAIL 37555-64089 | 0879004620 |
| 02/17 | 1000055491 | 18,500.00 | Miscellaneous Debit Adjustment AAS IBT-Debit Acct. Conf Num #1000055491 | 0246000162 |
| 02/23 | | 18,700.00 | Miscellaneous Debit Adjustment1-667934860 : | 0246000160 |
| 02/24 | 1000057476 | 100.00 | Miscellaneous Debit Adjustment AAS IBT-Debit Acct. Conf Num #1000057476 | 0246000181 |
| 02/26 | 1000058413 | 17,500.00 | Miscellaneous Debit Adjustment AAS IBT-Debit Acct. Conf Num #1000058413 | 0246000142 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/29 | 24,996.67 | 21,649.97 | 02/11 | 38,365.06 | 38,365.06 |
| 02/01 | 23,778.37 | 21,003.49 | 02/12 | 27,765.16 | 27,765.16 |
| 02/02 | 6,407.37 | 5,712.64 | 02/16 | 23,807.19 | 21,429.69 |
| 02/03 | 13,345.36 | 13,121.86 | 02/17 | 1,819.49 | 1,366.64 |
| 02/04 | 8,636.70 | 8,624.46 | 02/18 | 3,043.49 | 1,799.69 |
| 02/05 | 1,018.32 | 1,018.32 | 02/19 | 22,667.75 | 22,368.71 |
| 02/08 | 2,288.32 | 1,018.32 | 02/22 | 21,507.60 | 17,768.20 |
| 02/09 | 40,334.82 | 34,209.82 | 02/23 | 12,100.38 | 11,270.58 |
| 02/10 | 40,334.82 | 39,967.32 | 02/24 | 12,000.38 | 11,961.68 |

* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS 75283-2406

**Customer Service**
 1-877-757-8233

SHERWOOD FARMS, INC.

Bankruptcy Case Number:1000578

# ANALYZED CHECKING

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|------|----------------|-------------------|------|----------------|-------------------|
| 02/25 | 66,684.58 | 66,403.49 | 02/26 | 41,773.30 | 41,756.44 |

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    3755564089
01 01 152 01 M0000 E#     21
Last Statement:  01/29/2010
This Statement:  02/26/2010


Customer Service
1-877-757-8233

SHERWOOD FARMS, INC.

Page    4 of    4

Bankruptcy Case Number:1000578

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:    _____OPERATING_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                                    $ _____

Register: Bank Of America - DIP
From 02/01/2010 through 02/28/2010
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 02/02/2010 | | Webster Market | Accounts Receivable | | | X | 150.00 | 19,219.71 |
| 02/02/2010 | | Joy Orchids | Accounts Receivable | | | X | 175.00 | 19,394.71 |
| 02/02/2010 | | Orchid Island Orchids | Accounts Receivable | | | X | 204.00 | 19,598.71 |
| 02/02/2010 | 0006 | | Bank of America-Payr... | | 17,900.00 | X | | 1,698.71 |
| 02/03/2010 | | Empresas Agricolas ... | Accounts Receivable | | | X | 7,000.00 | 8,698.71 |
| 02/03/2010 | | CenturyLink | Accounts Payable | Paid over the p... | 553.77 | X | | 8,144.94 |
| 02/03/2010 | | | Bank Service Charges | Check order | 62.01 | X | | 8,082.93 |
| 02/04/2010 | 0007 | AmeriGas | Accounts Payable | | 5,360.79 | X | | 2,722.14 |
| 02/04/2010 | 0008 | R. C. Dunn Oil | Accounts Payable | | 1,703.82 | X | | 1,018.32 |
| 02/08/2010 | | Faith's House of Orc... | Accounts Receivable | | | X | 639.00 | 1,657.32 |
| 02/08/2010 | | Grace Gardens | Accounts Receivable | | | X | 631.00 | 2,288.32 |
| 02/09/2010 | | Empresas Agricolas ... | Accounts Receivable | | | X | 4,855.00 | 7,143.32 |
| 02/09/2010 | | | Loan Payable | Pentagon Apollo | | X | 56,000.00 | 63,143.32 |
| 02/09/2010 | | Shutts & Bowen Trus... | Professional Fees | Closing Cost fo... | 4,508.50 | X | | 58,634.82 |
| 02/09/2010 | | | Bank of America-Payr... | Funds Transfer | 18,300.00 | X | | 40,334.82 |
| 02/10/2010 | | RF Orchids | Accounts Receivable | | | X | 330.00 | 40,664.82 |
| 02/10/2010 | 1001 | AmeriGas | Accounts Payable | | 10,599.90 | X | | 30,064.92 |
| 02/11/2010 | | Star Keeper Enterpris... | Accounts Receivable | | | X | 378.00 | 30,442.92 |
| 02/11/2010 | | Art Stone Company, ... | Accounts Receivable | | | X | 276.00 | 30,718.92 |
| 02/11/2010 | 1002 | Airgas South | Accounts Payable | | 155.15 | X | | 30,563.77 |
| 02/11/2010 | 1003 | Sumter Electric Coop... | Accounts Payable | | 2,495.36 | X | | 28,068.41 |
| 02/11/2010 | 1004 | Bamboo Supply | Accounts Payable | | 106.40 | X | | 27,962.01 |
| 02/11/2010 | 1005 | Prosource One | Accounts Payable | | 392.20 | X | | 27,569.81 |
| 02/11/2010 | 1006 | Waste Mangement | Accounts Payable | | 364.02 | X | | 27,205.79 |
| 02/11/2010 | 1007 | Outhouse | Accounts Payable | | 545.70 | | | 26,660.09 |
| 02/11/2010 | 1008 | Ace Hardware | Accounts Payable | | 596.89 | X | | 26,063.20 |
| 02/11/2010 | 1009 | Floralife | Accounts Payable | | 376.22 | X | | 25,686.98 |
| 02/11/2010 | 1010 | R. C. Dunn Oil | Accounts Payable | | 1,969.76 | X | | 23,717.22 |
| 02/11/2010 | 1130 | Verizon Wireless | Accounts Payable | | 217.34 | X | | 23,499.88 |
| 02/11/2010 | 1131 | Bloomberg, LP | Professional Fees | | 5,969.25 | X | | 17,530.63 |
| 02/12/2010 | | B & D Orchids | Accounts Receivable | | | X | 1,080.00 | 18,610.63 |
| 02/16/2010 | | SeaCloud Orchids & ... | Accounts Receivable | | | X | 691.50 | 19,302.13 |
| 02/16/2010 | | | Bank Service Charges | | 7.71 | X | | 19,294.42 |
| 02/16/2010 | 1011 | R. C. Dunn Oil | Accounts Payable | | 885.94 | X | | 18,408.48 |
| 02/17/2010 | | RF Orchids | Accounts Receivable | | | X | 240.00 | 18,648.48 |
| 02/17/2010 | | | Bank of America-Payr... | Funds Transfer | 18,500.00 | X | | 148.48 |
| 02/18/2010 | | SeaCloud Orchids & ... | Accounts Receivable | | | X | 984.00 | 1,132.48 |
| 02/19/2010 | | Costa Nursery Farms II | Accounts Receivable | | | X | 21,654.74 | 22,787.22 |
| 02/19/2010 | | Blooming Freedom | Accounts Receivable | | | X | 1,605.00 | 24,392.22 |
| 02/19/2010 | | Faith's House of Orc... | Accounts Receivable | | | X | 645.00 | 25,037.22 |

Register: Bank Of America - DIP
From 02/01/2010 through 02/28/2010
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|--------:|---|--------:|--------:|
| 02/19/2010 | | Kim E's Flowers | Accounts Receivable | | | X | 100.00 | 25,137.22 |
| 02/19/2010 | | Delray Plants | Accounts Receivable | | | X | 814.98 | 25,952.20 |
| 02/19/2010 | | | Bank Service Charges | | 20.00 | X | | 25,932.20 |
| 02/19/2010 | 1012 | R. C. Dunn Oil | Accounts Payable | | 1,618.28 | X | | 24,313.92 |
| 02/22/2010 | | SunBulb Company | Accounts Receivable | | | X | 1,375.00 | 25,688.92 |
| 02/22/2010 | 1013 | AmeriGas | Accounts Payable | | 5,323.91 | X | | 20,365.01 |
| 02/23/2010 | | Costa Nursery Farms II | Accounts Receivable | | | X | 9,312.78 | 29,677.79 |
| 02/23/2010 | | | Bank Service Charges | costa wire fee | 20.00 | X | | 29,657.79 |
| 02/23/2010 | | | Bank of America-Payr... | Funds Transfer | 18,700.00 | X | | 10,957.79 |
| 02/24/2010 | | Imperial Builders & ... | Working Materials | Refund for pro... | | X | 60.09 | 11,017.88 |
| 02/24/2010 | | Webster Market | Accounts Receivable | | | X | 24.00 | 11,041.88 |
| 02/24/2010 | | Webster Market | Accounts Receivable | | | X | 197.00 | 11,238.88 |
| 02/24/2010 | | | Bank of America-Payr... | Funds Transfer | 100.00 | X | | 11,138.88 |
| 02/25/2010 | | | Loan Payable | Pentagon Apollo | | X | 55,000.00 | 66,138.88 |
| 02/25/2010 | 1014 | AmeriGas | Accounts Payable | | 5,315.13 | X | | 60,823.75 |
| 02/25/2010 | 1015 | R. C. Dunn Oil | Accounts Payable | | 2,096.15 | X | | 58,727.60 |
| 02/25/2010 | 1016 | Crystal Springs Wate... | Accounts Payable | | 317.83 | | | 58,409.77 |
| 02/25/2010 | 1017 | Florida Dept. of Rev... | Sales Tax Payable | | 221.48 | | | 58,188.29 |
| 02/25/2010 | 1018 | CenturyLink | Accounts Payable | | 411.94 | | | 57,776.35 |
| 02/25/2010 | 1019 | Sprint | Accounts Payable | | 1,069.45 | | | 56,706.90 |
| 02/25/2010 | 1020 | Costa Nursery Farms | Accounts Payable | | 882.00 | | | 55,824.90 |
| 02/26/2010 | | DKV Trading | Accounts Receivable | | | | 697.00 | 56,521.90 |
| 02/26/2010 | | | Bank of America-Payr... | Funds Transfer | 17,500.00 | X | | 39,021.90 |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:  Sherwood Farms, Inc.          Case Number:  6:10-bk-00578-KSJ

Reporting Period beginning  Feb 01          Period ending  Feb 28, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK:  Bank of America          BRANCH:  Texas

ACCOUNT NAME:  Payroll - DIP          ACCOUNT NUMBER: 375 556 4128

PURPOSE OF ACCOUNT:          PAYROLL

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $  18,302.79 | |
| Plus Total Amount of Outstanding Deposits | $  91,000.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $  73,450.46 | * |
| Minus Service Charges | $       156.75 | |
| Ending Balance per Check Register | $  17,571.79 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS 75283-2406

Account Number    3755564128
01 01 152 01 M0000 E#     4
Last Statement: 01/29/2010
This Statement: 02/26/2010

**Customer Service**
1-877-757-8233

SHERWOOD FARMS, INC.
DEBTOR IN POSSESSION   10-00578
PAYROLL ACCOUNT
5165 ISLEWORTH COUNTRY CLUB DRIVE
WINDERMERE FL  34786

Page    1 of    3

Bankruptcy Case Number:1000578

# CUSTOMER CONNECTION ECONOMY CHECKING

### Account Summary Information

| | | |
|---|---|---:|
| Statement Period 01/30/2010 - 02/26/2010 | Statement Beginning Balance | 910.00 |
| Number of Deposits/Credits | 6 | Amount of Deposits/Credits | 91,000.00 |
| Number of Checks | 4 | Amount of Checks | 3,289.50 |
| Number of Other Debits | 9 | Amount of Other Debits | 70,317.71 |
| | | Statement Ending Balance | 18,302.79 |
| Number of Enclosures | 4 | | |
| | Service Charge | 156.75 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 02/02 | | 17,900.00 | FL BANKING CENTER DEPOSIT | 721406750761827 |
| 02/09 | 1000053594 | 18,300.00 | AAS IBT-Credit Acct. Conf Num #1000053594 | 02460001432 |
| 02/17 | 1000055491 | 18,500.00 | AAS IBT-Credit Acct. Conf Num #1000055491 | 02460001621 |
| 02/23 | | 18,700.00 | 1-667934860 : | 02460001605 |
| 02/24 | 1000057476 | 100.00 | AAS IBT-Credit Acct. Conf Num #1000057476 | 02460001820 |
| 02/26 | 1000058413 | 17,500.00 | AAS IBT-Credit Acct. Conf Num #1000058413 | 02460001424 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| | 731.00 | 02/01 | 6650918232 | 1001 | 1,096.50 | 02/12 | 6750836954 |
| | 731.00 | 02/12 | 6750836955 | 1002 | 731.00 | 02/22 | 6650602998 |

#### Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 02/03 | | 17,206.21 | WIRE TYPE:WIRE OUT DATE:100203 TIME:1654 ET TRN:2010020300258170 SERVICE REF:331292 BNF:PAYCHEX OF NEW YORK ID:777171945 BNF BK:JPMORG AN CHASE BANK, N. ID:0002 PMT DET:0110203004813NN FOR BENEFIT OF PAYCHEX CLIENT NUMBER 0739-5108 | 00370258170 |
| 02/03 | 1 | 20.00 | BANK ASSIST DOMESTIC WIRE | 09980200015 |
| 02/04 | 1 | 2.00 | PHOTOCOPY/DOCUMENT IMAGE | 09939900028 |
| 02/10 | | 119.61 | SUPPLY ORDER FEE | 09820000459 |
| 02/10 | | 16,662.74 | WIRE TYPE:WIRE OUT DATE:100210 TIME:1105 ET TRN:2010021000139062 SERVICE REF:003955 BNF:PAYCHEX OF NEW YORK ID:777171945 BNF BK:JPMORG AN CHASE BANK, NA ID:021000021 PMT DET:28865233 FO R THE BENEFIT OF PAYCHEX CLIENT NUMBER 0739-5108 | 00370139062 |

Recycled Paper

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS 75283-2406

Account Number    3755564128
01 01 152 01 M0000 E#      4
Last Statement:  01/29/2010
This Statement:  02/26/2010

SHERWOOD FARMS, INC.

Customer Service
1-877-757-8233

Page    2 of    3

Bankruptcy Case Number: 1000578

# CUSTOMER CONNECTION ECONOMY CHECKING

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 02/17 | | 18,226.66 | WIRE TYPE:WIRE OUT DATE:100217 TIME:1539 ET TRN:2010021700226548 SERVICE REF:008447 BNF:PAYCHEX OF NEW YORK ID:777171945 BNF BK:JPMORG AN CHASE BANK, NA ID:021000021 PMT DET:28950875 FO R THE BENEFIT OF PAYCHEX CLIENT NUMBER 0739-5108 | 00370226548 |
| 02/24 | | 18,065.35 | WIRE TYPE:WIRE OUT DATE:100224 TIME:1442 ET TRN:2010022400218633 SERVICE REF:008070 BNF:PAYCHEX OF NEW YORK ID:777171945 BNF BK:JPMORG AN CHASE BANK, NA ID:021000021 PMT DET:29038346 FO R THE BENEFIT OF PAYCHEX CLIENT NUMBER 0739-5108 | 00370218633 |
| 02/26 | | .14 | FDIC ASSESSMENT | |
| 02/26 | | 15.00 | Service Charge | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/29 | 910.00 | 268.00 | 02/12 | 540.94 | 540.94 |
| 02/01 | 179.00 | 141.20 | 02/17 | 814.28 | 814.28 |
| 02/02 | 18,079.00 | 179.00 | 02/22 | 83.28 | 83.28 |
| 02/03 | 852.79 | 852.79 | 02/23 | 18,783.28 | 18,783.28 |
| 02/04 | 850.79 | 850.79 | 02/24 | 817.93 | 817.93 |
| 02/09 | 19,150.79 | 19,150.79 | 02/26 | 18,302.79 | 18,302.79 |
| 02/10 | 2,368.44 | 2,368.44 | | | |

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    3755564128
01 01 152 01 M0000 E#      4
Last Statement:   01/29/2010
This Statement:   02/26/2010


**Customer Service**
1-877-757-8233

SHERWOOD FARMS, INC.

Page    3 of   3

Bankruptcy Case Number:1000578


## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**   All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**   If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

# ATTACHMENT 5B
# CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ PAYROLL _____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                        $ _____

Register: Bank of America-Payroll DIP
From 02/01/2010 through 02/28/2010
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|--------:|---|--------:|--------:|
| 02/02/2010 | 0006 | | Bank Of America - DIP | | | X | 17,900.00 | 18,079.00 |
| 02/03/2010 | | | Bank Service Charges | | 20.00 | X | | 18,059.00 |
| 02/04/2010 | | | Bank Service Charges | | 2.00 | X | | 18,057.00 |
| 02/05/2010 | | | Payroll Expenses | wk end 1-26-10 | 17,206.21 | X | | 850.79 |
| 02/05/2010 | 0002 | Chang Kim | Payroll Expenses | wk end 1-26-10 | 731.00 | X | | 119.79 |
| 02/09/2010 | | | Bank Of America - DIP | Funds Transfer | | X | 18,300.00 | 18,419.79 |
| 02/10/2010 | | | Bank Service Charges | check order | 119.61 | X | | 18,300.18 |
| 02/12/2010 | | | Payroll Expenses | wk end 2/2/10 | 16,662.74 | X | | 1,637.44 |
| 02/12/2010 | 1001 | Chang Kim | Payroll Expenses | wk end 2/2/10 | 1,096.50 | X | | 540.94 |
| 02/17/2010 | | | Bank Of America - DIP | Funds Transfer | | X | 18,500.00 | 19,040.94 |
| 02/19/2010 | | | Payroll Expenses | wk end 2/9/10 | 18,226.66 | X | | 814.28 |
| 02/19/2010 | 1002 | Chang Kim | Payroll Expenses | wk end 2/9/10 | 731.00 | X | | 83.28 |
| 02/23/2010 | | | Bank Of America - DIP | Funds Transfer | | X | 18,700.00 | 18,783.28 |
| 02/24/2010 | | | Bank Of America - DIP | Funds Transfer | | X | 100.00 | 18,883.28 |
| 02/26/2010 | | | Payroll Expenses | wk end 2/16/10 | 18,065.35 | X | | 817.93 |
| 02/26/2010 | | | Bank Service Charges | Service Charge | 15.14 | X | | 802.79 |
| 02/26/2010 | 1003 | Chang Kim | Payroll Expenses | wk end 2/16/10 | 731.00 | | | 71.79 |
| 02/26/2010 | | | Bank Of America - DIP | Funds Transfer | | X | 17,500.00 | 17,571.79 |

**MONTHLY SUMMARY OF BANK ACTIVITY – TAX ACCOUNT**

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:        _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:        TAX        _____

Ending Balance per Bank Statement                                    $ _____
Plus Total Amount of Outstanding Deposits                           $ _____
Minus Total Amount of Outstanding Checks and other debits $ _____ *
Minus Service Charges                                               $ _____
Ending Balance per Check Register                                   $ _____ **(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____
_____

The following disbursements were paid by Cash:  ( ☐   Check here if cash disbursements were authorized by
                                                                United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                                   _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                             _____(a)
Sales & Use Taxes Paid                                    _____(b)
Other Taxes Paid                                              _____(c)
TOTAL                                                              _____ (d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

# ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                     _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| Office | 1,898.95 | 167.45 | 1,731.50 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                 **$  167.45**        (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)     $  167.45**        (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**MONTHLY TAX REPORT**

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

## TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales
tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

TOTAL                                                $_____

## SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:  Sherwood Farms, Inc.          Case Number:  6:10-bk-00578-KSJ

Reporting Period beginning   Feb 01          Period ending   Feb 28, 2010

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Julian Benscher | President | Payroll & Insurance Premiums | 9,683.57 |
| George Roat | Director, Secr. | Payroll & Insurance Premiums | 1,630.22 |
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 27 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 3 | 0 |
| Number of employees on payroll at end of period | 24 | 0 |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Zenith | 407-660-8282 | Z067088705 | Worker's Comp | 3-13-2010 | 22nd of month |
| Zurich | 407-660-8282 | PAS01492893 | Prop, Auto, Liab. | 11-30-2010 | 8th of month |
| American Omni Crop | 863-291-3505 | 771587 | Crop Ins. | 12-31-2010 | Yearly - April |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.