UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                    }        CASE NUMBER
                                          }         6:10-bk-00578-KSJ
____Sherwood Farms, Inc.____              }
                                          }        JUDGE__KAREN S. JENNEMANN__
                                          }
DEBTOR.                                   }        CHAPTER 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM __May 01__ TO __May 31, 2010__

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature

Debtor's Address                          Attorney's Address
and Phone Number:                         and Phone Number:

__13613 Honeycomb Road_____            __R. Scott Shuker_____

__Groveland, FL  34736_____            __Latham Shuker Eden & Beaudine LLP__

__352-429-2101_____            __PO Box 3353_____

_____            __Orlando, FL  32802_____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm.
1)       Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)       Initial Filing Requirements
3)       Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING __May 01__ AND ENDING __May 31, 2010__

Name of Debtor: __Sherwood Farms, Inc.__      Case Number __6:10-bk-00578-KSJ__
Date of Petition: __1-15-2010__

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. **FUNDS AT BEGINNING OF PERIOD** | 25,539.47 (a) | 52,564.20 (b) |
| 2. **RECEIPTS:** | | |
| A. Cash Sales | 2,288.00 | 19,329.06 |
| Minus: Cash Refunds | (-) 0.00 | 0.00 |
| Net Cash Sales | 2,288.00 | 19,329.06 |
| B. Accounts Receivable | 31,547.13 | 239,363.14 |
| C. Other Receipts *(See MOR-3)* | 48,425.00 | 206,432.44 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. **TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | 82,260.13 | 465,124.64 |
| 4. **TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | 107,799.60 | 517,688.84 |
| 5. **DISBURSEMENTS** | | |
| A. Advertising | | 4,000.00 |
| B. Bank Charges | 284.67 | 910.17 |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 1,345.09 | 20,213.23 |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | 5,338.33 | 18,542.39 |
| I. Office Supplies | | 397.63 |
| J. Payroll - Net *(See Attachment 4B)* | 64,502.92 | 328,342.26 |
| K. Professional Fees (Accounting & Legal) | 5,465.00 | 27,642.37 |
| L. Rent | | |
| M. Repairs & Maintenance | 761.81 | 1,951.68 |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | 2,312.43 | 9,592.26 |
| S. Travel & Entertainment | | 183.13 |
| Y. U.S. Trustee Quarterly Fees | | 1,950.00 |
| U. Utilities | 2,434.60 | 64,091.56 |
| V. Vehicle Expenses | 3,173.15 | 17,690.56 |
| W. Other Operating Expenses *(See MOR-3)* | | |
| 6. **TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | 85,618.00 | 495,507.24 |
| 7. **ENDING BALANCE** *(Line 4 Minus Line 6)* | 22,181.60 (c) | 22,181.60 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __17th__ day of __June__, 20__10__.

_____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| UBS Investment Account Closure | -0- | 1,172.70 |
| Morgan Stanley Investment Account Closure | -0- | 551.87 |
| TD Ameritrade Investment Acct Closure | -0- | 222.78 |
| Imperial Builders Supply Refund | -0- | 60.09 |
| Pentagon Apollo DIP Loan Draw | 45,000.00 | 201,000.00 |
| Zenith Insurance End of Year Refund | 3,425.00 | 3,425.00 |
| TOTAL OTHER RECEIPTS | 48,425.00 | 206,432.44 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL OTHER DISBURSEMENTS |  |  |

## NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.

## Sherwood Farms, Inc.

### Profit & Loss
### May 01 - 31, 2010

**Ordinary Income/Expense**
<u>**Income**</u>
| | | |
|---|---|---|
| Freight Income | 0.00 | |
| Sales Income | 39,129.26 | |
| Total Income | 39,129.26 | |
| Gross Profit | | $39,129.26 |

<u>**Expense**</u>
| | | |
|---|---|---|
| Bank Service Charges | 284.67 | |
| Insurance | 1,345.09 | |
| Office Supplies | 0.00 | |
| Payroll Expenses | 64,502.92 | |
| Petty Cash expense | 3,173.15 | |
| Professional Fees | 5,465.00 | |
| Repairs & Maint | 761.81 | |
| Telephone and Fax | 2,312.43 | |
| Travel & Entertainment | 0.00 | |
| Working Materials | 5,338.33 | |
| US Trustee Quarterly Fee | 0.00 | |
| Utilities: Electric Service | 2,434.60 | |
| | | |
| Total Expense | | $85,618.00 |
| | | |
| Net Ordinary Income | | -$46,488.74 |

<u>**Other Receipts/Expense**</u>
| | | |
|---|---|---|
| Other Receipts | 48,425.00 | |
| Total Other Receipts | 48,425.00 | |
| Net Other Receipts | 48,425.00 | |
| | | |
| Net Cash Flow | | $ 1,936.26 |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:   Sherwood Farms, Inc.      Case Number:   6:10-bk-00578-KSJ

Reporting Period beginning   May 01        Period ending    May 31, 2010

ACCOUNTS RECEIVABLE AT PETITION DATE:      13,385.00

## ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $  44,093.25 | (a) |
| PLUS: Current Month New Billings | 30,461.30 | |
| MINUS: Collection During the Month | $  31,547.13 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $      0.00 | * |
| End of Month Balance | $  33,007.42 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
_____
_____

## POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $33,007.42 | $ | $ | $ | $33,007.42 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

MOR-4

# ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:  Sherwood Farms, Inc.          Case Number:  6:10-bk-00578-KSJ

Reporting Period beginning  May 01          Period ending    May 31, 2010

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 4-26-10 | 5 | Sumter Electric | Electric Service | $ 2,125.96 |
| 4-25-10 | 6 | Crystal Springs | Bottled Water | $  165.00 |
| 4-28-10 | 3 | Sprint | Cellular Phones | $1,181.34 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL AMOUNT | | | | $3,472.30  (b) |

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $    3,378.70 | (a) |
| PLUS: New Indebtedness Incurred This Month | $   21,833.74 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $   21,740.14 | |
| PLUS/MINUS: Adjustments | $      0.00 | * |
| Ending Month Balance | $    3,472.30 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | (d) | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

ATTACHMENT 3
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:   Sherwood Farms, Inc.                          Case Number:    6:10-bk-00578-KSJ

Reporting Period beginning ____May 01____          Period ending __May 31, 2010__

**INVENTORY REPORT**

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $  3,160,000.00 | |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $  2,783,161.00 | (a) |
| PLUS: Inventory Purchased During Month | $  -0- | |
| MINUS: Inventory Used or Sold | $  26,667.00 | |
| PLUS/MINUS: Adjustments or Write-downs | $  0.00 | * |
| Inventory on Hand at End of Month | $  2,756,494.00 | |

METHOD OF COSTING INVENTORY:  Actual Plant Costs plus growing and housing costs.

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| 10% | 56% | 27% | 7% | = | 100%* |

* Aging Percentages must equal 100%.

☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**  Plants that are too tall, bad foliage, low bud count.

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:  10,375,000.00              (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):   Land, Greenhouses, Trucks, Supplies on Hand, Accounts Receivable
_____._____

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $  5,283,278.05 | (a)(b) |
| MINUS:  Depreciation Expense | $  - 52,832.78 | |
| PLUS:  New Purchases | $  -0- | |
| PLUS/MINUS: Adjustments or Write-downs | $  -0- | * |
| Ending Monthly Balance | $  5,230,445.27 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  Sherwood Farms, Inc.              Case Number:  6:10-bk-00578-KSJ

Reporting Period beginning ___May 01___          Period ending  May 31, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  Bank of America               BRANCH:  Texas

ACCOUNT NAME:  Operating     DIP           ACCOUNT NUMBER:  375 556 4089

PURPOSE OF ACCOUNT:          OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 21,363.34 |
| Plus Total Amount of Outstanding Deposits | $ | 85,645.14 |
| Minus Total Amount of Outstanding Checks and other debits | $ | 94,376.89      * |
| Minus Service Charges | $ | 168.49 |
| Ending Balance per Check Register | $ | 21,363.34      **(a) |

**\*Debit cards are used by  NA**

**\*\*If Closing Balance is negative, provide explanation:_____**
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$   64,700.00     Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    3755564128
01 01 149 01 M0000 E#      4
Last Statement:  04/30/2010
This Statement:  05/28/2010

**Customer Service**
1-877-757-8233

SHERWOOD FARMS, INC.
DEBTOR IN POSSESSION  10-00578
PAYROLL ACCOUNT
5165 ISLEWORTH COUNTRY CLUB DRIVE
WINDERMERE FL  34786

Page    1 of    3

Bankruptcy Case Number: 1000578

# ANALYZED CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 05/01/2010 - 05/28/2010 | Statement Beginning Balance | 1,048.31 |
| Number of Deposits/Credits | 4 | Amount of Deposits/Credits | 64,700.00 |
| Number of Checks | 4 | Amount of Checks | 2,924.00 |
| Number of Other Debits | 5 | Amount of Other Debits | 61,695.10 |
| | | Statement Ending Balance | 1,129.21 |
| Number of Enclosures | 4 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/03 | 6982016 | 17,200.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 3755564089 | 00680004335 |
| 05/12 | 7009863 | 16,500.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 3755564089 | 00680004899 |
| 05/17 | 7024017 | 15,500.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 3755564089 | 00680004028 |
| 05/25 | 7050102 | 15,500.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM 3755564089 | 00680004548 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1012 | 731.00 | 05/10 | 6650778440 | 1014 | 731.00 | 05/17 | 5950099473 |
| 1013 | 731.00 | 05/10 | 6650778441 | 1015 | 731.00 | 05/24 | 6750790720 |

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/04 | | 16,481.97 | WIRE TYPE:WIRE OUT DATE:100504 TIME:1008 ET TRN:2010050400115487 SERVICE REF:002888 BNF:PAYCHEX OF NEW YORK ID:777171945 BNF BK:JPMORG AN CHASE BANK, NA ID:021000021 PMT DET:29924397 PA YDAY 05/07/10 FOR THE BENEFIT OF PAYCHEX CLIENT NU | 00370115487 |
| 05/12 | | 15,480.08 | WIRE TYPE:WIRE OUT DATE:100512 TIME:1127 ET TRN:2010051200152711 SERVICE REF:00515B BNF:PAYCHEX OF NEW YORK ID:777171945 BNF BK:JPMORG AN CHASE BANK, NA ID:021000021 PMT DET:30029519 PA Y DAY 5-14-10 FOR THE BENEFIT OF PAYCHEX CLIENT NU | 00370152711 |
| 05/17 | | 116.18 | Account Analysis Fee ANALYSIS CHARGE APRIL BILLING FOR DETAIL 37555-64128 | 08790044539 |


Recycled Paper

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    3755564128
01 01 149 01 M0000 E#     4
Last Statement:   04/30/2010
This Statement:   05/28/2010

SHERWOOD FARMS, INC.

Customer Service
1-877-757-8233

Page    2 of    3

Bankruptcy Case Number:1000578

## ANALYZED CHECKING

### Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/17 | | 14,888.36 | WIRE TYPE:WIRE OUT DATE:100517 TIME:1021 ET TRN:2010051700139860 SERVICE REF:003428 BNF:PAYCHEX OF NEW YORK ID:777171945 BNF BK:JPMORG AN CHASE BANK, NA ID:021000021 PMT DET:30082514 PA YDAY 5-21-10 FOR THE BENEFIT OF PAYCHEX CLIENT NUM | 0037013980 |
| 05/25 | | 14,728.51 | WIRE TYPE:WIRE OUT DATE:100525 TIME:1122 ET TRN:2010052500149302 SERVICE REF:004345 BNF:PAYCHEX OF NEW YORK ID:777171945 BNF BK:JPMORG AN CHASE BANK, NA ID:021000021 PMT DET:30185907 PA YDATE 5-28-10 FOR THE BENEFIT OF PAYCHEX CLIENT NU | 0037014930 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 1,048.31 | 1,048.31 | 05/17 | 1,088.72 | 1,088.72 |
| 05/03 | 18,248.31 | 18,248.31 | 05/24 | 357.72 | 357.72 |
| 05/04 | 1,766.34 | 1,766.34 | 05/25 | 1,129.21 | 1,129.21 |
| 05/10 | 304.34 | 304.34 | 05/28 | 1,129.21 | 1,129.21 |
| 05/12 | 1,324.26 | 1,324.26 | | | |

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ OPERATING _____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                      $_____

## Sherwood Farms, Inc.

6/15/2010 1:24 PM

Register: Bank Of America - DIP
From 05/01/2010 through 05/31/2010
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 05/03/2010 | | Webster Market | Accounts Receivable | | | X | 80.00 | 24,996.96 |
| 05/03/2010 | | Webster Market | Accounts Receivable | | | X | 125.00 | 25,121.96 |
| 05/03/2010 | | Webster Market | Accounts Receivable | | | X | 77.00 | 25,198.96 |
| 05/03/2010 | 1137 | Verizon Wireless | Accounts Payable | | 214.34 | X | | 24,984.62 |
| 05/04/2010 | | Star Keeper Enterpris... | Accounts Receivable | | | X | 111.00 | 25,095.62 |
| 05/04/2010 | 1083 | Prosource One | Accounts Payable | | 180.74 | X | | 24,914.88 |
| 05/04/2010 | | Bank of America-Payr... | Funds Transfer | | 17,200.00 | X | | 7,714.88 |
| 05/05/2010 | | Blooming Freedom | Accounts Receivable | | | X | 4,139.50 | 11,854.38 |
| 05/05/2010 | | Webster Market | Accounts Receivable | | | X | 15.00 | 11,869.38 |
| 05/05/2010 | | Grace Gardens | Accounts Receivable | | | X | 1,407.00 | 13,276.38 |
| 05/07/2010 | | Urra's Nursery | Accounts Receivable | | | X | 975.00 | 14,251.38 |
| 05/07/2010 | | Greenhouse Orchids | Accounts Receivable | | | X | 478.50 | 14,729.88 |
| 05/07/2010 | | S. Arthur Peterson, Inc. | Accounts Receivable | | | X | 976.00 | 15,705.88 |
| 05/07/2010 | 1084 | Galassi Services | Accounts Payable | | 152.00 | X | | 15,553.88 |
| 05/07/2010 | 1085 | Zurich Insurance | Accounts Payable | | 4,470.09 | X | | 11,083.79 |
| 05/07/2010 | 1086 | Crystal Springs Wate... | Accounts Payable | | 207.33 | X | | 10,876.46 |
| 05/07/2010 | 1087 | Sumter Electric Coop... | Accounts Payable | | 2,089.62 | X | | 8,786.84 |
| 05/07/2010 | 1088 | Costa Nursery Farms | Accounts Payable | | 1,304.10 | X | | 7,482.74 |
| 05/07/2010 | 1089 | Sprint | Accounts Payable | | 158.07 | X | | 7,324.67 |
| 05/07/2010 | 1138 | Sprint | Accounts Payable | | 187.23 | X | | 7,137.44 |
| 05/10/2010 | | Webster Market | Accounts Receivable | | | X | 1,300.00 | 8,437.44 |
| 05/10/2010 | | Empresas Agricolas ... | Accounts Receivable | | | X | 6,870.00 | 15,307.44 |
| 05/10/2010 | | Webster Market | Accounts Receivable | | | X | 90.00 | 15,397.44 |
| 05/11/2010 | | | Loan Payable | Pentagon Apollo | | X | 45,000.00 | 60,397.44 |
| 05/11/2010 | | Costa Nursery Farms II | Accounts Receivable | | | X | 8,044.64 | 68,442.08 |
| 05/11/2010 | | Joy Orchids | Accounts Receivable | | | X | 52.50 | 68,494.58 |
| 05/11/2010 | | Clifford James | Accounts Receivable | | | X | 53.50 | 68,548.08 |
| 05/11/2010 | | | Bank Service Charges | Costa Wire Fee | 20.00 | X | | 68,528.08 |
| 05/12/2010 | 1090 | Prosource One | Accounts Payable | | 498.34 | X | | 68,029.74 |
| 05/12/2010 | 1091 | Cash | Petty Cash | | 800.00 | X | | 67,229.74 |
| 05/12/2010 | | Bank of America-Payr... | Funds Transfer | | 16,500.00 | X | | 50,729.74 |
| 05/13/2010 | 1092 | Galassi Services | Accounts Payable | | 167.50 | X | | 50,562.24 |
| 05/13/2010 | 1093 | Carden & Associates | Accounts Payable | | 300.00 | X | | 50,262.24 |
| 05/14/2010 | | SeaCloud Orchids & ... | Accounts Receivable | | | X | 1,024.00 | 51,286.24 |
| 05/14/2010 | | B & D Orchids, NC | Accounts Receivable | | | X | 768.50 | 52,054.74 |
| 05/14/2010 | 1094 | Cash | Petty Cash | | 500.00 | X | | 51,554.74 |
| 05/17/2010 | | Dee's Orchids | Accounts Receivable | | | X | 232.00 | 51,786.74 |
| 05/17/2010 | | Kim E's Flowers | Accounts Receivable | | | X | 312.50 | 52,099.24 |
| 05/17/2010 | | LHPA / Jill Vaughn | Accounts Receivable | | | X | 3,000.00 | 55,099.24 |
| 05/17/2010 | | OFE International Inc. | Accounts Receivable | | | X | 498.00 | 55,597.24 |

Page 1

Sherwood Farms, Inc.                                          6/15/2010 1:24 PM

Register: Bank Of America - DIP
From 05/01/2010 through 05/31/2010
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 05/17/2010 |  | SunBulb Company | Accounts Receivable |  |  | X | 3,632.00 | 59,229.24 |
| 05/17/2010 |  | Grace Gardens | Accounts Receivable |  |  | X | 1,280.00 | 60,509.24 |
| 05/17/2010 |  |  | Bank Service Charges |  | 148.49 | X |  | 60,360.75 |
| 05/17/2010 | 1095 | Groveland Pharmacy | Accounts Payable |  | 120.00 | X |  | 60,240.75 |
| 05/17/2010 |  |  | Bank of America-Payr... | Funds Transfer | 15,500.00 | X |  | 44,740.75 |
| 05/18/2010 |  | Joy Orchids | Accounts Receivable |  |  | X | 161.00 | 44,901.75 |
| 05/18/2010 |  | Clifford James | Accounts Receivable |  |  | X | 234.50 | 45,136.25 |
| 05/18/2010 | 1096 | Prosource One | Accounts Payable |  | 236.12 | X |  | 44,900.13 |
| 05/18/2010 | 1097 | Bamboo Supply | Accounts Payable |  | 68.20 | X |  | 44,831.93 |
| 05/18/2010 | 1098 | Cash | Petty Cash |  | 1,000.00 | X |  | 43,831.93 |
| 05/19/2010 | 1099 | Osburn, Henning & ... | Accounts Payable |  | 5,465.00 | X |  | 38,366.93 |
| 05/19/2010 | 1100 | Sprint | Accounts Payable |  | 1,206.63 | X |  | 37,160.30 |
| 05/19/2010 | 1101 | CenturyLink | Accounts Payable |  | 405.49 | X |  | 36,754.81 |
| 05/19/2010 | 1102 | Prosource One | Accounts Payable |  | 51.48 | X |  | 36,703.33 |
| 05/19/2010 | 1103 | Verizon Wireless | Accounts Payable |  | 140.67 | X |  | 36,562.66 |
| 05/19/2010 | 1104 | Sumter Electric Coop... | Accounts Payable |  | 344.98 | X |  | 36,217.68 |
| 05/19/2010 | 1105 | Outhouse | Accounts Payable |  | 272.85 | X |  | 35,944.83 |
| 05/19/2010 | 1106 | Division Of Plant Ind... | Accounts Payable |  | 58.90 | X |  | 35,885.93 |
| 05/19/2010 | 1107 | Florida Dept. of Rev... | Sales Tax Payable |  | 283.01 | X |  | 35,602.92 |
| 05/19/2010 | 1108 | Costa Nursery Farms | Accounts Payable |  | 1,360.10 | X |  | 34,242.82 |
| 05/19/2010 | 1109 | Ace Hardware | Accounts Payable |  | 442.31 | X |  | 33,800.51 |
| 05/21/2010 |  | May River Orchids | Accounts Receivable |  |  | X | 201.00 | 34,001.51 |
| 05/21/2010 |  | Kim E's Flowers | Accounts Receivable |  |  | X | 100.00 | 34,101.51 |
| 05/24/2010 | 1110 | Prosource One | Accounts Payable |  | 747.82 | X |  | 33,353.69 |
| 05/24/2010 |  |  | Bank of America-Payr... | Funds Transfer | 15,500.00 | X |  | 17,853.69 |
| 05/25/2010 |  | Atlantic Avenue Orc... | Accounts Receivable |  |  | X | 317.00 | 18,170.69 |
| 05/25/2010 | 1111 | Prosource One | Accounts Payable |  | 232.35 | X |  | 17,938.34 |
| 05/27/2010 |  | Zenith Insurance | Insurance | End of Year Re... |  | X | 3,425.00 | 21,363.34 |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:  Sherwood Farms, Inc.                    Case Number:  6:10-bk-00578-KSJ

Reporting Period beginning    May 01                    Period ending  May 31, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK:  Bank of America                    BRANCH:  Texas

ACCOUNT NAME:  Payroll - DIP                    ACCOUNT NUMBER:  375 556 4128
PURPOSE OF ACCOUNT:          PAYROLL

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 1,129.21 |
| Plus Total Amount of Outstanding Deposits | $ | 64,700.00 |
| Minus Total Amount of Outstanding Checks and other debits | $ | 64,619.10      * |
| Minus Service Charges | $ | 116.18 |
| Ending Balance per Check Register | $ | 398.21      **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    3755564089
01 01 149 01 M0000 E#    33
Last Statement:  04/30/2010
This Statement:  05/28/2010

**Customer Service**
1-877-757-8233

SHERWOOD FARMS, INC.
DEBTOR IN POSSESSION  10-00578
OPERATING ACCOUNT
5165 ISLEWORTH COUNTRY CLUB DRIVE
WINDERMERE FL  34786

Page    1 of    3

Bankruptcy Case Number: 1000578

# ANALYZED CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 05/01/2010 - 05/28/2010 | Statement Beginning Balance | 30,115.09 |
| Number of Deposits/Credits         7 | Amount of Deposits/Credits | 85,645.14 |
| Number of Checks                  33 | Amount of Checks | 29,548.40 |
| Number of Other Debits             5 | Amount of Other Debits | 64,848.49 |
| | Statement Ending Balance | 21,363.34 |
| Number of Enclosures              33 | | |
| | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/05 | | 6,639.50 | FL BANKING CENTER DEPOSIT | 721406650334190 |
| 05/10 | | 9,299.50 | FL BANKING CENTER DEPOSIT | 721406650945962 |
| 05/11 | | 1,443.50 | FL BANKING CENTER DEPOSIT | 721406550292839 |
| 05/11 | | 8,024.64 | WIRE TYPE:WIRE IN DATE: 100511 TIME:1620 ET | 00370245523 |
| | | | TRN:2010051100243523 SEQ:2010005110005698/001224 | |
| | | | ORIG:COSTA FARMS LLC ID:010449231 SND BK:BANK OF T | |
| | | | HE WEST (CA) ID:121100782 PMT DET:WT10051101967831 | |
| | | | INV#VARIOUSWIRE FEE $20 | |
| 05/11 | | 45,000.00 | WIRE TYPE:WIRE IN DATE: 100511 TIME:1359 ET | 00370192042 |
| | | | TRN:2010051100192042 SEQ:051110523624/308631 | |
| | | | ORIG:CACEIS FASTENT IRELAND LI ID:IE86AIBK93006717 | |
| | | | SND BK:DEUTSCHE BANK TRUST CO. AMERI ID:0103 | |
| | | | PMT DET:PENTAGON APOLLO DRAWDOWN OUR REF 23919 | |
| 05/18 | | 11,195.00 | FL BANKING CENTER DEPOSIT | 721406650245806 |
| 05/27 | | 4,043.00 | FL BANKING CENTER DEPOSIT | 721406650411781 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1081 | 183.13 | 05/06 | 9892768397 | 1098 | 1,000.00 | 05/18 | 6792402551 |
| 1083* | 180.74 | 05/07 | 6650540535 | 1099 | 5,465.00 | 05/20 | 8992062374 |
| 1084 | 152.00 | 05/19 | 7092812628 | 1100 | 1,206.63 | 05/24 | 2792199020 |
| 1085 | 4,470.09 | 05/12 | 8292170295 | 1101 | 405.49 | 05/21 | 6200940408 |
| 1086 | 207.33 | 05/10 | 9330755966 | 1102 | 51.48 | 05/27 | 6550662971 |
| 1087 | 2,089.62 | 05/12 | 6550458593 | 1103 | 140.67 | 05/25 | 7792425780 |
| 1088 | 1,504.10 | 05/17 | 6292159514 | 1104 | 344.98 | 05/24 | 6750882632 |
| 1089 | 158.07 | 05/11 | 3892265037 | 1105 | 272.85 | 05/24 | 9592262595 |
| 1090 | 498.34 | 05/14 | 5950980079 | 1106 | 58.90 | 05/24 | 5750869166 |
| 1091 | 800.00 | 05/12 | 6892292484 | 1107 | 283.01 | 05/25 | 3292290186 |
| 1092 | 167.50 | 05/19 | 7092812627 | 1108 | 1,360.10 | 05/26 | 7092369320 |
| 1093 | 300.00 | 05/17 | 6592071624 | 1109 | 442.31 | 05/24 | 6692160464 |
| 1094 | 500.00 | 05/14 | 6092034992 | 1110 | 747.82 | 05/27 | 6550662972 |
| 1095 | 120.00 | 05/18 | 9892118800 | 1111 | 232.35 | 05/27 | 6550662973 |
| 1096 | 236.12 | 05/20 | 6750322055 | 1136* | 5,700.00 | 05/05 | 4470462871 |
| 1097 | 68.20 | 05/24 | 9492145448 | 1137 | 214.34 | 05/07 | 8892423184 |

* The preceding check(s) is still outstanding or has been included in a previous
statement or is included in the 'Other Debits' section as an ACH paperless transaction

H

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number     3755564089
01 01 149 01 M0000 E#     33
Last Statement:   04/30/2010
This Statement:   05/28/2010

**Customer Service**
1-877-757-8233

SHERWOOD FARMS, INC.

Page   2 of   3

Bankruptcy Case Number:1000578

# ANALYZED CHECKING

## Withdrawals and Debits

### Checks - Continued

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1138 | 187.23 | 05/13 | 2292824198 | | | | |

### Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/03 | 6982016 | 17,200.00 | ACCOUNT TRANSFER TRSF TO 3755564128 | 0068000433 |
| 05/12 | 7009863 | 16,500.00 | ACCOUNT TRANSFER TRSF TO 3755564128 | 0068000489 |
| 05/17 | | 148.49 | Account Analysis Fee ANALYSIS CHARGE APRIL BILLING FOR DETAIL 37555-64089 | 0879004325 |
| 05/17 | 7024017 | 15,500.00 | ACCOUNT TRANSFER TRSF TO 3755564128 | 0068000402 |
| 05/25 | 7050102 | 15,500.00 | ACCOUNT TRANSFER TRSF TO 3755564128 | 0068000454 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 30,115.09 | 30,115.09 | 05/17 | 34,380.75 | 34,380.75 |
| 05/03 | 12,915.09 | 12,915.09 | 05/18 | 44,455.75 | 33,758.75 |
| 05/05 | 13,854.59 | 7,591.09 | 05/19 | 44,136.25 | 41,130.33 |
| 05/06 | 13,671.46 | 11,491.79 | 05/20 | 38,435.13 | 36,138.21 |
| 05/07 | 13,276.38 | 11,838.66 | 05/21 | 38,029.64 | 37,892.66 |
| 05/10 | 22,368.55 | 14,439.13 | 05/24 | 35,635.77 | 35,635.77 |
| 05/11 | 76,678.62 | 68,690.12 | 05/25 | 19,712.09 | 19,712.09 |
| 05/12 | 52,818.91 | 45,831.51 | 05/26 | 18,351.99 | 18,351.99 |
| 05/13 | 52,631.68 | 52,165.98 | 05/27 | 21,363.34 | 17,320.34 |
| 05/14 | 51,633.34 | 51,630.13 | 05/28 | 21,363.34 | 17,414.34 |

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                          $_____

# Sherwood Farms, Inc.

6/15/2010 1:19 PM

Register: Bank of America-Payroll DIP
From 05/01/2010 through 05/31/2010
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 05/04/2010 | | | Bank Of America - DIP | Funds Transfer | | X | 17,200.00 | 17,517.31 |
| 05/07/2010 | | | Payroll Expenses | wk end 04/27/10 | 16,481.97 | X | | 1,035.34 |
| 05/07/2010 | 1013 | Chang Kim | Payroll Expenses | wk end 04/27/10 | 731.00 | X | | 304.34 |
| 05/12/2010 | | | Bank Of America - DIP | Funds Transfer | | X | 16,500.00 | 16,804.34 |
| 05/14/2010 | | | Payroll Expenses | wk end 05/11/10 | 15,480.08 | X | | 1,324.26 |
| 05/14/2010 | 1014 | Chang Kim | Payroll Expenses | wk end 05/04/10 | 731.00 | X | | 593.26 |
| 05/17/2010 | | | Bank Service Charges | | 116.18 | X | | 477.08 |
| 05/17/2010 | | | Bank Of America - DIP | Funds Transfer | | X | 15,500.00 | 15,977.08 |
| 05/21/2010 | | | Payroll Expenses | wk end 05/11/10 | 14,888.36 | X | | 1,088.72 |
| 05/21/2010 | 1015 | Chang Kim | Payroll Expenses | wk end 05/11/10 | 731.00 | X | | 357.72 |
| 05/24/2010 | | | Bank Of America - DIP | Funds Transfer | | X | 15,500.00 | 15,857.72 |
| 05/28/2010 | | | Payroll Expenses | wk end 05/18/10 | 14,728.51 | X | | 1,129.21 |
| 05/28/2010 | 1016 | Chang Kim | Payroll Expenses | wk end 05/18/10 | 731.00 | | | 398.21 |

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY – TAX ACCOUNT

Name of Debtor: _____   Case Number: _____

Reporting Period beginning _____   Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:   _____   BRANCH: _____

ACCOUNT NAME: _____   ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:   _____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT # _____

PURPOSE OF ACCOUNT:   _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                          _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                    _____(a)
Sales & Use Taxes Paid                             _____(b)
Other Taxes Paid                                        _____(c)
TOTAL                                                       _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                        _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| Office | 1,293.20 | 420.05 | 873.15 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                    $  420.05          (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)      $  420.05          (c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

TOTAL                                                   $ _____

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:   Sherwood Farms, Inc.                    Case Number:   6:10-bk-00578-KSJ

Reporting Period beginning   May 01                    Period ending   May 31, 2010

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Julian Benscher | President | Payroll & Insurance Premiums | 9,899.48 |
| George Roat | Director, Secr | Payroll & Insurance Premiums | 1,887.36 |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 23 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 2 | 0 |
| Number of employees on payroll at end of period | 21 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Zenith | 407-660-8282 | Z067088705 | Worker's Comp | 3-13-2011 | 22nd of month |
| Zurich | 407-660-8282 | PAS01492893 | Prop, Auto, Liab | 11-30-2010 | 8th of month |
| American Omni Crop | 863-291-3505 | 771587 | Crop Ins. | 12-31-2010 | Yearly - April |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.